**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2332**

_____

In re: ELEAZAR TEODORO-BASILIO, a/k/a Chelelo, a/k/a J.
Eleazar Teodoro-Basilio, a/k/a Huichol,

Petitioner.

_____

On Petition for Writ of Mandamus. (3:02-cr-00094-GCM-1)

_____

Submitted: May 13, 2011                    Decided: May 31, 2011

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Eleazar Teodoro-Basilio, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eleazar Teodoro-Basilio petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Petition for Writ of Error Audita Querela. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED